IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SAN ANTONIO HOUSING | § | |
| DEVELOPMENT CORPORATION | § | |
| | § | |
| VS. | § | NO. 5:19-CV-00250-JKP |
| | § | |
| SCDC, LLC AND | § | |
| NATIONWIDE AFFORDABLE | § | |
| HOUSING FUND 12, LLC | § | |

## Joint Notice Regarding Settlement

Plaintiffs, San Antonio Housing Development Corporation and Refugio Street Public Facilities Corporation, and Defendants, SCDC, LLC, Nationwide Affordable Housing Fund 12, LLC, and Nationwide Affordable Housing Fund 16, LLC, file this *Joint Notice Regarding Settlement* and in support thereof respectfully show the Court as follows:

1. On September 18, 2019, the parties mediated this case. Although the parties did not reach an agreement on September 18, 2019, the parties made progress and have continued to discuss various alternative methods of resolving their respective disputes. Currently, Plaintiffs are waiting on certain information related to the value of the properties at issue and hope to receive same in the next two weeks. Once that occurs, Plaintiffs anticipate continuing negotiations with Defendants.

2. The parties would respectfully request that the Court continue this case in its current "abated" status. The parties will file a further notice regarding the status of settlement on or before December 31, 2019.

Respectfully submitted,

| | |
|---|---|
| COATS ROSE, P.C. | DAVIS, CEDILLO & MENDOZA, INC. |
| By: */s/ Nancy H. Hamren* <br> Nancy H. Hamren <br> Texas Bar No. 09549430 <br> 9 Greenway Plaza, Suite 1000 <br> Houston, Texas 77046 <br> Tel.: (713) 653-7362 <br> Fax: (713) 651-0220 <br> Email: nhamren@coatsrose.com <br> ***Attorney for Plaintiffs*** | By: */s/ Ricardo G. Cedillo* <br> Ricardo G. Cedillo <br> Texas Bar No. 04043600 <br> Derick J. Rodgers <br> Texas Bar No. 24002857 <br> McCombs Plaza, Suite 500 <br> 755 E. Mulberry Avenue <br> San Antonio, Texas 78212 <br> Tel.: (21) 822-6666 <br> Fax: (210) 822-1151 <br> Email: rcedillo@lawdcm.com <br> drodgers@lawdcm.com <br> ***Attorneys for Defendants*** |
| | Louis E. Dolan, Jr. <br> Nixon Peabody, LLP <br> 799 9th Street NW, Ste. 500 <br> Washington, DC  20001-5327 <br> Tel.: (202) 585-8818 <br> Fax: (866) 947-3670 <br> Email: ldolan@nixonpeabody.com <br> ***Attorneys for Defendants*** |