IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SAN ANTONIO HOUSING | § | |
| DEVELOPMENT CORPORATION | § | |
| | § | |
| VS. | § | NO. 5:19-CV-00250-JKP |
| | § | |
| SCDC, LLC AND | § | |
| NATIONWIDE AFFORDABLE | § | |
| HOUSING FUND 12, LLC | § | |

## Supplemental Joint Notice Regarding Settlement

Plaintiffs, San Antonio Housing Development Corporation and Refugio Street Public Facilities Corporation, and Defendants, SCDC, LLC, Nationwide Affordable Housing Fund 12, LLC, and Nationwide Affordable Housing Fund 16, LLC, file this *Supplemental Joint Notice Regarding Settlement* and in support thereof respectfully show the Court as follows:

1. On September 18, 2019, the parties mediated this case with Don Philbin, a mediator in San Antonio. Although the parties did not reach an agreement on September 18, 2019, the parties have since made additional progress, have exchanged further information, and have agreed to attend a second mediation with Mr. Philbin which is tentatively scheduled for February 12, 2019.

2. The parties would respectfully request that the Court continue this case in its current "abated" status. The parties will file a further notice regarding the status of settlement promptly after mediation occurs with Mr. Philbin.

Respectfully submitted,

| | |
|---|---|
| COATS ROSE, P.C. | DAVIS, CEDILLO & MENDOZA, INC. |
| By: */s/ Nancy H. Hamren* | By: */s/ Ricardo G. Cedillo* |
|     Nancy H. Hamren |     Ricardo G. Cedillo |
|     Texas Bar No. 09549430 |     Texas Bar No. 04043600 |
|     9 Greenway Plaza, Suite 1000 |     Derick J. Rodgers |
|     Houston, Texas 77046 |     Texas Bar No. 24002857 |
|     Tel.: (713) 653-7362 |     McCombs Plaza, Suite 500 |
|     Fax: (713) 651-0220 |     755 E. Mulberry Avenue |
|     Email: nhamren@coatsrose.com |     San Antonio, Texas 78212 |
|     ***Attorney for Plaintiffs*** |     Tel.: (21) 822-6666 |
| |     Fax: (210) 822-1151 |
| |     Email: rcedillo@lawdcm.com |
| |     drodgers@lawdcm.com |
| |     ***Attorneys for Defendants*** |

    Louis E. Dolan, Jr.
    Nixon Peabody, LLP
    799 9th Street NW, Ste. 500
    Washington, DC  20001-5327
    Tel.: (202) 585-8818
    Fax: (866) 947-3670
    Email: ldolan@nixonpeabody.com
    ***Attorneys for Defendants***