IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SAN ANTONIO HOUSING | § | |
| DEVELOPMENT CORPORATION | § | |
| | § | |
| VS. | § | NO. 5:19-CV-00250-JKP |
| | § | |
| SCDC, LLC AND | § | |
| NATIONWIDE AFFORDABLE | § | |
| HOUSING FUND 12, LLC | § | |

**Notice of Settlement**

Plaintiffs, San Antonio Housing Development Corporation and Refugio Street Public Facilities Corporation, and Defendants, SCDC, LLC, Nationwide Affordable Housing Fund 12, LLC, and Nationwide Affordable Housing Fund 16, LLC, file this *Notice of Settlement* and in support thereof respectfully show the Court as follows:

1. On March 5, 2020, the parties reached an agreement on the material terms of a settlement in this matter.

2. The parties are in the process of documenting their settlement and anticipate that they will be able to file an agreed dispositive order in the next 30 days.

006473.000010\4834-3475-2694.v1

2

                                      Respectfully submitted,

| COATS ROSE, P.C. | DAVIS, CEDILLO & MENDOZA, INC. |
|---|---|
| By: */s/ Nancy H. Hamren* <br> Nancy H. Hamren <br> Texas Bar No. 09549430 <br> 9 Greenway Plaza, Suite 1000 <br> Houston, Texas 77046 <br> Tel.: (713) 653-7362 <br> Fax: (713) 651-0220 <br> Email: nhamren@coatsrose.com <br> ***Attorneys for Plaintiffs*** | By: */s/ Ricardo G. Cedillo* <br> Ricardo G. Cedillo <br> Texas Bar No. 04043600 <br> Derick J. Rodgers <br> Texas Bar No. 24002857 <br> McCombs Plaza, Suite 500 <br> 755 E. Mulberry Avenue <br> San Antonio, Texas 78212 <br> Tel.: (21) 822-6666 <br> Fax: (210) 822-1151 <br> Email: rcedillo@lawdcm.com <br> drodgers@lawdcm.com <br> ***Attorneys for Defendants*** |

                                      Louis E. Dolan, Jr.
Nixon Peabody, LLP
799 9th Street NW, Ste. 500
Washington, DC  20001-5327
Tel.: (202) 585-8818
Fax: (866) 947-3670
Email: ldolan@nixonpeabody.com
***Attorneys for Defendants***